

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00694-CR

Rene **DE LA CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5361
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is permanently ABATED. Our order dated January 27, 2017 is WITHDRAWN.

SIGNED July 19, 2017.

_____
Rebeca C. Martinez, Justice